**Claim 10 of US 10,609,063**

| Claim 10 Elements | Applicability |
|---|---|
| A non-transitory computer-readable media storing instructions that, when executed by one or more processors, cause the one or more processors to:<br><br>receive first vulnerability information from at least one first data storage that is generated utilizing second vulnerability information from at least one second data storage that is used to identify a plurality of potential vulnerabilities; | Forcepoint ONE (with Forcepoint Next-Gen Firewall) includes *a non-transitory computer-readable media* (e.g., Forcepoint ONE platform for deploying a console/agent, etc.) *storing instructions that, when executed by one or more processors, cause the one or more processors to: receive first vulnerability information* (e.g., a smaller "sub-set" of actual vulnerabilities relevant to a particular operating system/application/version thereof, and/or associated information including, but not limited to information describing (and/or related to) the actual vulnerabilities themselves, information describing (and/or related to) endpoints that contain the particular operating system/application/version thereof, information describing (and/or related to) policy/detection/remediation techniques for addressing the actual vulnerabilities relevant to the particular operating system/application/version thereof including signature/rule/configuration/setting/policy updates for anti-virus/intrusion-detection-system (IDS)/firewall/other engine or feature software, where such vulnerabilities each include a security weakness, gap, or flaw that could be exploited by an attack or threat signature/rule/configuration/setting/policy updates anti-virus/intrusion-detection-system (IDS)/firewall/other engine or feature software, etc.) *from at least one first data storage* (e.g., server memory, memory on the at least one device, etc. for storing a repository of the  smaller "sub-set" of actual vulnerabilities (and/or any of the associated information mentioned earlier) relevant to a particular operating system/application/version thereof, etc.) *that is generated utilizing second vulnerability information* (e.g., a larger "super-set" list of possible vulnerabilities relevant to different operating systems/applications/versions thereof, and/or associated information including, but not limited to information describing (and/or related to) the possible vulnerabilities themselves, information describing (and/or related to) the different operating systems/applications/versions thereof, information describing (and/or related to) policy/detection/remediation techniques for addressing the potential vulnerabilities relevant to the different operating systems/applications/versions thereof including signature/rule/configuration/setting/policy updates for anti-virus/intrusion-detection-system (IDS)/firewall/other engine or feature software, where such vulnerabilities each include a security weakness, gap, or flaw that could be exploited by an attack or threat signature/rule/configuration/setting/policy updates anti-virus/intrusion-detection-system |

**Claim 10 of US 10,609,063**

|  | (IDS)/firewall/other engine or feature software, etc.) *from at least one second data storage* (e.g., memory other than the aforementioned memory, where the instant memory is for storing a repository of the larger "super-set" list of possible vulnerabilities relevant to different operating systems/applications/versions thereof (and/or any of the associated information mentioned earlier), including, but not limited to, other server memory, and/or a global intelligence database, etc.) *that is used to identify a plurality of potential vulnerabilities* (e.g., possible vulnerabilities relevant to different operating systems/applications/versions thereof, etc.)*;*<br><br>**Note**: See, for example, the evidence below (emphasis added, if any):<br><br>"Forcepoint ONE Simplifies Security<br><br><u>Forcepoint ONE is an all-in-one cloud platform</u> that makes security simple. You can quickly adopt Zero Trust and Security Service Edge (SSE, the security component of SASE) because we unified crucial security services, including Secure Web Gateway (SWG), Cloud Access Security Broker (CASB) and ZeroTrust Network Access (ZTNA).<br><br>No more fragmented products. We give you one platform, one console, and one agent, with many solutions. Gain visibility, control access, and protect data on managed and unmanaged apps and all devices, from one set of security policies."<br>https://forcepoint.drift.click/FP1SolutionBrief (emphasis added)<br><br>"The top portion of the resulting screens <u>lists incidents, their status, the action taken, and many more details</u>.<br><br>The incidents list is a <u>table displaying all data loss prevention, mobile device, or discovery incidents</u>. By default, incidents are sorted by their incident time, but you can sort them (ascending or descending) by any of the columns in the table. For each incident, a quick preview of the data is provided. You can customize the types of details shown. (See Editing table properties, page 78.)" |

|  | http://www.websense.com/content/support/library/data/v87/help/help.pdf (emphasis added)<br><br>"Top violated mobile policies<br><br>This report shows <u>which mobile DLP policies were violated most frequently</u> over the last 7 days, so you can assess the security risk to your organization.<br><br>The bar chart shows <u>how many times the policies were violated</u>.<br><br>The table shows <u>how many devices were involved in each breach</u>—that is, how many tried to synchronize email that violated those policies. It also shows whether each violation was a high, medium, or low security breach. This setting is determined by which attribute was matched."<br>http://www.websense.com/content/support/library/data/v87/help/help.pdf (emphasis added)<br><br>"Viewing detailed Forcepoint DLP Endpoint status information<br><br>To see more <u>detailed status information about Forcepoint DLP Endpoint</u>:<br>1. Right-click the Forcepoint One Endpoint icon in the task bar's notification area (Windows) or single click the menu bar's status menu (Mac).<br>2. Select <u>Open Forcepoint DLP Endpoint from the Windows menu, or Forcepoint DLP Endpoint from the Mac menu</u>.<br>On the Forcepoint DLP Endpoint screen, you can:<br>- See whether your machine is connected to a Forcepoint DLP server.<br>- Check the IP address of the Forcepoint DLP server hosting the endpoint server software.<br>- View your endpoint software profile name and when it was last updated.<br>- <u>Disable/enable Forcepoint DLP Endpoint</u>. For more information, see Disabling Forcepoint DLP Endpoint, page 13.<br>- <u>Check profile version</u> to compare to the DLP manager.<br>- Determine if Forcepoint DLP Endpoint protection is enabled or bypassed.<br>- <u>View discovery status and details</u> of the last and next discovery scans. |
|---|---|

Claim 10 of US 10,609,063

|  |  |
|---|---|
|  | - View Contained Files. For more information, see Viewing contained files and saving them to an authorized location, page 24.<br>- View the Forcepoint DLP Endpoint log files. For more information, see Viewing logs, page 25."<br>https://www.websense.com/content/support/library/endpoint/v21/ep_end_user/end%20user%20guide.pdf (emphasis added)<br><br>"Forcepoint DLP has 2 databases for incident and forensics data:<br><br>The incident database contains information about policy breaches, such as what rule was matched, how many times, what were the violation triggers, what was the date, channel, source, ID, and more. It is stored in Microsoft SQL Server along with policy configuration data. When the incident database gets very large, it is partitioned so that it can be archived onto different physical disks. See Archiving incident partitions, page 375.<br><br>The forensics repository contains information about the transaction that resulted in an incident, such as the contents of an email body and the From, To, and Cc fields, as well as attachments, URL category, hostname, file name, and more. To configure the size and location of the forensics repository, see Configuring the forensics repository, page 406."<br>http://www.websense.com/content/support/library/data/v87/help/help.pdf (emphasis added) |
| said first vulnerability information generated utilizing the second vulnerability information, by:<br><br>identifying at least one configuration associated with a plurality of devices including a first device, a second device, and a third device, and | Forcepoint ONE (with Forcepoint Next-Gen Firewall) includes *said first vulnerability information* (e.g., the smaller "sub-set" of actual vulnerabilities relevant to a particular operating system/application/version thereof, and/or any of the associated information mentioned earlier, etc.) *generated utilizing the second vulnerability information* (e.g., the larger "super-set" list of possible vulnerabilities relevant to different operating systems/applications/versions thereof, and/or any of the associated information mentioned earlier, etc.)*, by: identifying at least one configuration* (e.g., a Windows, Mac, Linux, and/or Android operating system, etc., or an application/version thereof, etc.) *associated with a plurality of devices* (e.g., Windows or Mac endpoints, etc.) *including a first device, a second device, and a third device,* (e.g., a first, second, and third of the Windows or Mac endpoints, etc.) *and* |

|  | **Note**: See, for example, the evidence above (where applicable) and below (emphasis added, if any):<br><br>"Common features for all three gateways include:<br><br>- Contextual access control. Access to web, cloud, or private applications is controlled based on user location, device type, device posture, user behavior, and user group.<br>- Data loss prevention (DLP). Files and text are scanned upon upload and download for sensitive data and blocked, tracked, encrypted, or redacted as appropriate.<br>- Malware scanning. Files are scanned upon upload and download for malware and blocked when detected.<br>- Unified management console for configuration, monitoring, and reporting.<br>- <u>Unified on-device agent for Windows and macOS</u>."<br>https://forcepoint.drift.click/FP1Datasheet (emphasis added)<br><br>"Forcepoint DLP Endpoint for <u>Windows</u> v21.05<br>Forcepoint DLP Endpoint for <u>Mac</u> v21.05<br>Forcepoint Web Security Endpoint for <u>Windows</u> v21.05<br>Forcepoint Web Security Endpoint for <u>Mac</u> v21.05<br>Forcepoint Endpoint Context Agent for <u>Windows</u> v21.05<br>Forcepoint CASB Endpoint for <u>Windows</u> v21.05"<br>https://www.websense.com/content/support/library/endpoint/v21/ep_end_user/end%20user%20guide.pdf (emphasis added)<br><br>"Secure Web Gateway (SWG)<br><br>Monitors and controls any interaction with any website, including blocking access to websites based on category and risk score, blocking download of malware, blocking upload of sensitive |
|---|---|

| | |
|---|---|
| | data to personal file sharing accounts, and detecting and controlling shadow IT. Currently available as agent software for Windows and MacOS." https://forcepoint.drift.click/FP1Datasheet (emphasis added) |
| determining that the plurality of devices is vulnerable to at least one accurately identified vulnerability based on the identified at least one configuration, utilizing the second vulnerability information that is used to identify the plurality of potential vulnerabilities; | Forcepoint ONE (with Forcepoint Next-Gen Firewall) includes *determining that the plurality of devices* (e.g., Windows or Mac endpoints, etc.) *is vulnerable to at least one accurately identified vulnerability* (e.g., one of a subset of the possible vulnerabilities that is relevant to the identified at least one operating system, etc.) *based on the identified at least one configuration* (e.g., the Windows, Mac, Linux, and/or Android operating system, etc., or an application/version thereof, etc.)*, utilizing the second vulnerability information* (e.g., the larger "super-set" list of possible vulnerabilities relevant to different operating systems/applications/versions thereof, and/or any of the associated information mentioned earlier, etc.) *that is used to identify the plurality of potential vulnerabilities* (e.g., possible vulnerabilities relevant to different operating systems/applications/versions thereof, etc.)*;*<br><br>**Note**: See, for example, the evidence above (where applicable) and below (emphasis added, if any):<br><br>"Use the Main> Reporting> Mobile Devices> Report Catalog page to see a catalog of all reports—both built-in and user-defined—that are available for mobile devices:<br><br>Mobile Incidents (last 3, 7, or 30 days)<br><br>View a list of all the mobile email incidents for a certain period of time—that is, incidents discovered when users synchronize their mobile devices to their network email systems.<br><br>See detailed information on each incident. Investigate the violated policies and the actions taken by Forcepoint software. Evaluate whether policy changes are needed.<br><br>Select this report when you want to manage incident workflow, remediation, and escalation." |

| | |
|---|---|
| | http://www.websense.com/content/support/library/data/v87/help/help.pdf (emphasis added)<br><br>"Secure Web Gateway (SWG)<br><br>Monitors and controls any interaction with any website, including blocking access to websites based on category and risk score, blocking download of malware, blocking upload of sensitive data to personal file sharing accounts, and detecting and controlling shadow IT. Currently available as agent software for Windows and MacOS."<br>https://forcepoint.drift.click/FP1Datasheet (emphasis added) |
| display information that is based on the first vulnerability information; | Forcepoint ONE (with Forcepoint Next-Gen Firewall) is designed to *display information* (e.g., a heat map showing groups with compromised computers, other display of the first vulnerability information or information based thereon, etc.) *that is based on the first vulnerability information* (e.g., the smaller "sub-set" of actual vulnerabilities relevant to a particular operating system/application/version thereof, and/or any of the associated information mentioned earlier, etc.)*;*<br><br>**Note**: See, for example, the evidence above (where applicable) and below (emphasis added, if any):<br><br>"The top portion of the resulting screens lists incidents, their status, the action taken, and many more details.<br><br>The incidents list is a table displaying all data loss prevention, mobile device, or discovery incidents. By default, incidents are sorted by their incident time, but you can sort them (ascending or descending) by any of the columns in the table. For each incident, a quick preview of the data is provided. You can customize the types of details shown. (See Editing table properties, page 78.)"<br>http://www.websense.com/content/support/library/data/v87/help/help.pdf (emphasis added) |

Claim 10 of US 10,609,063

| | |
|---|---|
| cause utilization of different occurrence mitigation actions of diverse occurrence mitigation types, including a firewall-based occurrence mitigation type and an intrusion mitigation system-based occurrence mitigation type, across the plurality of devices for occurrence mitigation by preventing advantage being taken of accurately identified vulnerabilities utilizing the different occurrence mitigation actions of the diverse occurrence mitigation types across the plurality of devices; and | Forcepoint ONE (with Forcepoint Next-Gen Firewall) is designed to *cause utilization of different occurrence mitigation actions of diverse occurrence mitigation types* (e.g., firewall, intrusion detection or prevention system, virus scanner, and/or any other different-type/agent-supported mitigation technique(s), etc.)*, including a firewall-based occurrence mitigation type* (e.g., a first mitigation type relevant to a firewall, etc.) *and an intrusion mitigation system-based occurrence mitigation type* (e.g., a second mitigation type relevant to another one of the intrusion detection or prevention system, virus scanner, and/or any other different-type/agent-supported mitigation technique(s), etc.)*, across the plurality of devices* (e.g., Windows or Mac endpoints, etc.) *for occurrence mitigation by preventing advantage being taken of accurately identified vulnerabilities* (e.g., the subset of the possible vulnerabilities that is relevant to the identified at least one operating system, etc.) *utilizing the different occurrence mitigation actions of the diverse occurrence mitigation types across the plurality of devices; and*<br><br>**Note**: See, for example, the evidence above (where applicable) and below (emphasis added, if any):<br><br>"Common features for all three gateways include:<br><br>• Contextual access control. Access to web, cloud, or private applications is controlled based on user location, device type, device posture, user behavior, and user group.<br>• Data loss prevention (DLP). <u>Files and text are scanned upon upload and download for sensitive data and blocked, tracked, encrypted, or redacted</u> as appropriate.<br>• Malware scanning. <u>Files are scanned upon upload and download for malware and blocked when detected.</u><br>• Unified management console for configuration, monitoring, and reporting.<br>• Unified on-device agent for Windows and macOS."<br>https://forcepoint.drift.click/FP1Datasheet (emphasis added)<br><br>"DLP and malware scanning for data in motion. Scans file attachments downloaded from or uploaded to any web-based app or website for malware or sensitive data. Logs and takes the |

|  | appropriate remediation action such as block (sole option for SWG), quarantine, encrypt, apply DRM, or apply watermarking and file tracking.<br><br>…<br><br>DLP and malware scanning for data at rest in the cloud. Scans structured and unstructured data in SaaS and IaaS storage for malware or sensitive data, and log and takes the appropriate protective action such as quarantine, encrypt, or remove public sharing."<br>https://forcepoint.drift.click/FP1Datasheet (emphasis added)<br><br>"Forcepoint then applies advanced techniques to examine transmission contents for signs of exploits against vulnerabilities in many types of systems. Unlike verbose pattern-based signature mechanisms, Forcepoint's more-sophisticated approach enables such attacks to be identified with a single, concise fingerprint. Fingerprints are matched using high-speed deterministic finite automata (DFA) tailored to each protocol context, enabling new fingerprints to be incorporated with almost no impact on CPU resources."<br>http://winncom.ru/wp-content/uploads/2018/06/datasheet_forcepoint_intrusion_prevention_system_en.pdf<br>(emphasis added)<br><br>"Sandboxing and Advanced Malware Detection<br><br>Forcepoint NGFW applies multiple scanning techniques to files found in network traffic, including: reputation vetting, built-in anti-malware scanning and Forcepoint's Advanced Malware Detection service. This powerful, cloud based system uses industry-leading sandboxing and other analytical techniques to examine the behavior of files and reliably uncover malicious code so that it can be rapidly blocked.<br><br>… |

Claim 10 of US 10,609,063

|  | Strong Protection Against Intrusions<br><br>Forcepoint is the pioneer in defending against Advanced Evasion Techniques. Our full protocol normalization of traffic <u>disrupts attackers' attempts to sneak in malicious code, spots anomalies and prevents attempts to exploit vulnerabilities</u> within your network."<br>[https://www.forcepoint.com/sites/default/files/resources/files/brochure_forcepoint_ngfw_en_0.pdf](https://www.forcepoint.com/sites/default/files/resources/files/brochure_forcepoint_ngfw_en_0.pdf) (emphasis added)<br><br>"<u>Firewall and IPS Together</u><br><br>Not only did Forcepoint NGFW receive the top score for security in NSS Labs' 2017 NGFW test, it also has one of the top-rated intrusion prevention systems (IPS) built-in. <u>There's no need for additional licenses or using separate tools to implement powerful anti intrusion policies</u>."<br>[https://www.forcepoint.com/sites/default/files/resources/files/brochure_forcepoint_ngfw_en_0.pdf](https://www.forcepoint.com/sites/default/files/resources/files/brochure_forcepoint_ngfw_en_0.pdf) (emphasis added)<br><br>"Action<br><br>Filter <u>incidents by the action (including those on endpoints) that was performed</u> on the incident. Select the check box for each action to be displayed.<br><br>Incidents with the following actions can be displayed:<br>Permitted<br><u>Blocked</u><br><u>Attachment(s) dropped</u><br><u>Quarantined</u><br>Encrypted with profile key<br>Encrypted with user password<br><u>Denied (confirmed)</u><br>Continued (confirmed) |

**Claim 10 of US 10,609,063**

|  |  |
|---|---|
|  | In addition to the default actions, DLP actions configured in the Forcepoint Security Manager are listed (Forcepoint Email Security only)." http://www.websense.com/content/support/library/data/v87/help/help.pdf (emphasis added) |
| receive an indication that an occurrence has been identified in connection with at least one of the plurality of devices utilizing one or more monitors; | Forcepoint ONE (with Forcepoint Next-Gen Firewall) is designed to *receive an indication that an occurrence* (e.g., a discrete incident that triggers at least one of the anti-virus, intrusion detection, firewall-related functionality, and/or any engine or feature, etc.) *has been identified in connection with at least one of the plurality of devices* (e.g., one of the Windows or Mac endpoints, etc.) *utilizing one or more monitors* (e.g., Forcepoint DLP Endpoint, an agent, an other monitor, etc.)*;*  **Note**: See, for example, the evidence above (where applicable) and below (emphasis added, if any):  "Viewing <u>detailed Forcepoint DLP Endpoint status information</u>  To see more <u>detailed status information about Forcepoint DLP Endpoint</u>: 1. Right-click the Forcepoint One Endpoint icon in the task bar's notification area (Windows) or single click the menu bar's status menu (Mac). 2. Select Open Forcepoint DLP Endpoint from the Windows menu, or Forcepoint DLP Endpoint from the Mac menu. On the Forcepoint DLP Endpoint screen, you can: - See whether your machine is connected to a Forcepoint DLP server. - Check the IP address of the Forcepoint DLP server hosting the endpoint server software. - View your endpoint software profile name and when it was last updated. - Disable/enable Forcepoint DLP Endpoint. For more information, see Disabling Forcepoint DLP Endpoint, page 13. - Check profile version to compare to the DLP manager. - Determine if Forcepoint DLP Endpoint protection is enabled or bypassed. - <u>View discovery status and details</u> of the last and next discovery scans. |

|  | - <u>View Contained Files</u>. For more information, see Viewing contained files and saving them to an authorized location, page 24.<br>- <u>View the Forcepoint DLP Endpoint log files</u>. For more information, see Viewing logs, page 25."<br>https://www.websense.com/content/support/library/endpoint/v21/ep_end_user/end%20user%20guide.pdf (emphasis added) |
|---|---|
| wherein the at least one configuration involves at least one operating system. | Forcepoint ONE (with Forcepoint Next-Gen Firewall) is configured *wherein the at least one configuration* (e.g., the Windows, Mac, Linux, and/or Android operating system, etc., or an application/version thereof, etc.) *involves at least one operating system.*<br><br>**Note**: See, for example, the evidence above (where applicable) and below (emphasis added, if any):<br><br>"Forcepoint DLP Endpoint for <u>Windows</u> v21.05<br>Forcepoint DLP Endpoint for <u>Mac</u> v21.05<br>Forcepoint Web Security Endpoint for <u>Windows</u> v21.05<br>Forcepoint Web Security Endpoint for <u>Mac</u> v21.05<br>Forcepoint Endpoint Context Agent for <u>Windows</u> v21.05<br>Forcepoint CASB Endpoint for <u>Windows</u> v21.05"<br>https://www.websense.com/content/support/library/endpoint/v21/ep_end_user/end%20user%20guide.pdf (emphasis added)<br><br>"Secure Web Gateway (SWG)<br><br>Monitors and controls any interaction with any website, including blocking access to websites based on category and risk score, blocking download of malware, blocking upload of sensitive data to personal file sharing accounts, and detecting and controlling shadow IT. Currently <u>available as agent software for Windows and MacOS</u>."<br>https://forcepoint.drift.click/FP1Datasheet (emphasis added) |