**Claim 7 of US 10,154,055**

| Claim 7 Elements | Applicability |
|---|---|
| An apparatus, comprising:<br><br>at least one platform;<br><br>an intrusion prevention system that is communicatively coupled with the at least one platform; | Forcepoint ONE (with Forcepoint Next-Gen Firewall) includes *an apparatus, comprising: at least one platform* (e.g., server hardware and/or software, agent(s), etc.)*; an intrusion prevention system* (e.g., system that prevents intrusions or effects thereof, etc.) *that is communicatively coupled with the at least one platform;*<br><br>**Note**: See, for example, the evidence below (emphasis added, if any):<br><br>"Common features for all three gateways include:<br><br>• Contextual access control. Access to web, cloud, or private applications is controlled based on user location, device type, device posture, user behavior, and user group.<br>• Data loss prevention (DLP). <u>Files and text are scanned upon upload and download for sensitive data and blocked, tracked, encrypted, or redacted</u> as appropriate.<br>• Malware scanning. <u>Files are scanned upon upload and download for malware and blocked when detected.</u><br>• Unified management console for configuration, monitoring, and reporting.<br>• Unified on-device agent for Windows and macOS."<br>https://forcepoint.drift.click/FP1Datasheet (emphasis added)<br><br>"DLP and malware scanning for data in motion. Scans file attachments downloaded from or uploaded to any web-based app or website for malware or sensitive data. Logs and takes the appropriate remediation action such as block (sole option for SWG), quarantine, encrypt, apply DRM, or apply watermarking and file tracking.<br><br>… |

|  | DLP and malware scanning for data at rest in the cloud. Scans structured and unstructured data in SaaS and IaaS storage for malware or sensitive data, and log and takes the appropriate protective action such as quarantine, encrypt, or remove public sharing." https://forcepoint.drift.click/FP1Datasheet (emphasis added)<br><br>"Forcepoint then applies advanced techniques to <u>examine transmission contents for signs of exploits against vulnerabilities</u> in many types of systems. Unlike verbose pattern-based signature mechanisms, Forcepoint's more-sophisticated approach <u>enables such attacks to be identified with a single, concise fingerprint</u>. Fingerprints are matched using high-speed deterministic finite automata (DFA) tailored to each protocol context, enabling new fingerprints to be incorporated with almost no impact on CPU resources." http://winncom.ru/wp-content/uploads/2018/06/datasheet_forcepoint_intrusion_prevention_system_en.pdf (emphasis added)<br><br>"Sandboxing and Advanced Malware Detection<br><br>Forcepoint NGFW applies multiple scanning techniques to files found in network traffic, including: <u>reputation vetting, built-in anti-malware scanning and Forcepoint's Advanced Malware Detection service</u>. This powerful, cloud based system uses industry-leading sandboxing and other analytical techniques to examine the behavior of files and reliably uncover malicious code so that it can be rapidly blocked.<br><br>…<br><br>Strong Protection Against Intrusions<br><br>Forcepoint is the pioneer in defending against Advanced Evasion Techniques. Our full protocol normalization of traffic <u>disrupts attackers' attempts to sneak in malicious code, spots anomalies and prevents attempts to exploit vulnerabilities</u> within your network." |

Claim 7 of US 10,154,055

|  |  |
|---|---|
|  | https://www.forcepoint.com/sites/default/files/resources/files/brochure_forcepoint_ngfw_en_0.pdf (emphasis added) |
| a firewall that is communicatively coupled with the at least one platform; | Forcepoint ONE (with Forcepoint Next-Gen Firewall) includes *a firewall* (e.g., Forcepoint Next-Gen Firewall, etc.) *that is communicatively coupled with the at least one platform* (e.g., the server hardware and/or software, agent(s), etc.);<br><br>**Note**: See, for example, the evidence above (where applicable) and below (emphasis added, if any):<br><br>"Firewall and IPS Together<br><br>Not only did Forcepoint NGFW receive the top score for security in NSS Labs' 2017 NGFW test, it also has one of the top-rated intrusion prevention systems (IPS) built-in. There's no need for additional licenses or using separate tools to implement powerful anti intrusion policies." https://www.forcepoint.com/sites/default/files/resources/files/brochure_forcepoint_ngfw_en_0.pdf (emphasis added)<br><br>"Control of encrypted traffic—with privacy<br><br>With Forcepoint Next-Gen Firewall, painlessly handle the rapid shift to encrypted transmissions for both incoming and outgoing traffic. Using accelerated decryption, inspect HTTPS and other SSL/TLS-based protocols to deny or allow specific HTTP commands or URL segments inside HTTPS—even in virtualized or cloud deployments. Forcepoint Next-Gen Firewall SSH security proxy gives you advanced control for mission critical applications. In addition, Smart Policies make it easy to comply with emerging privacy laws and internal practices, preventing the exposure of personally identifiable information (PII) as users communicate with their banks, insurance companies or other sensitive sites." https://www.forcepoint.com/sites/default/files/resources/brochures/brochure_ngfw_overview_en_0.pdf (emphasis added) |

**Claim 7 of US 10,154,055**

| | |
|---|---|
| at least one first data storage that is communicatively coupled with the at least one platform; and<br><br>at least one second data storage that is communicatively coupled with the at least one platform; | Forcepoint ONE (with Forcepoint Next-Gen Firewall) includes *at least one first data storage* (e.g., memory other than the other-mentioned memory, where the instant memory is for storing a repository of the larger "super-set" list of possible vulnerabilities relevant to different operating systems/applications/versions thereof (and/or any of the associated information mentioned earlier, including, but not limited to, server memory, and/or a global intelligence database, etc.) *that is communicatively coupled with the at least one platform* (e.g., the server hardware and/or software, agent(s), etc.)*; and at least one second data storage* (e.g., other server memory, memory on the at least one device, etc. for storing a repository of a smaller "sub-set" of actual vulnerabilities (and/or any of the associated information) relevant to a particular operating system/application/version thereof, etc.) *that is communicatively coupled with the at least one platform;*<br><br>**Note**: See, for example, the evidence above (where applicable) and below (emphasis added, if any):<br><br>"Forcepoint DLP has <u>2 databases for incident and forensics data</u>:<br><br>The <u>incident database contains information about policy breaches, such as what rule was matched, how many times, what were the violation triggers, what was the date, channel, source, ID, and more</u>. It is stored in Microsoft SQL Server along with policy configuration data. When the incident database gets very large, it is partitioned so that it can be archived onto different physical disks. See Archiving incident partitions, page 375.<br><br>The <u>forensics repository contains information about the transaction that resulted in an incident, such as the contents of an email body and the From, To, and Cc fields, as well as attachments, URL category, hostname, file name, and more</u>. To configure the size and location of the forensics repository, see Configuring the forensics repository, page 406."<br>http://www.websense.com/content/support/library/data/v87/help/help.pdf (emphasis added) |

## Claim 7 of US 10,154,055

| | |
|---|---|
| said at least one platform:<br><br>receives a result of at least one operation in connection with at least one of a plurality of networked devices, the at least one operation based on first information from the at least one first data storage identifying a plurality of potential vulnerabilities including at least one first potential vulnerability and at least one second potential vulnerability, the at least one operation configured for: | Forcepoint ONE (with Forcepoint Next-Gen Firewall) is configured such that *said at least one platform* (e.g., server hardware and/or software, agent(s), etc.)*: receives a result of at least one operation in connection with at least one of a plurality of networked devices* (e.g., Windows or Mac endpoints, etc.)*, the at least one operation based on first information* (e.g., a larger "super-set" list of possible vulnerabilities relevant to different operating systems/applications/versions thereof, and/or associated information including, but not limited to information describing (and/or related to) the possible vulnerabilities themselves, information describing (and/or related to) the different operating systems/applications/versions thereof, information describing (and/or related to) policy/detection/remediation techniques for addressing the potential vulnerabilities relevant to the different operating systems/applications/versions thereof including signature/rule/configuration/setting/policy updates for anti-virus/intrusion-detection-system (IDS)/firewall/other engine or feature software, where such vulnerabilities each include a security weakness, gap, or flaw that could be exploited by an attack or threat, etc.) *from the at least one first data storage* (e.g., memory other than the other-mentioned memory, where the instant memory is for storing a repository of the larger "super-set" list of possible vulnerabilities relevant to different operating systems/applications/versions thereof (and/or any of the associated information mentioned earlier, including, but not limited to, server memory, and/or a global intelligence database, etc.) *identifying a plurality of potential vulnerabilities* (e.g., possible vulnerabilities relevant to different operating systems/applications/versions thereof, etc.) *including at least one first potential vulnerability and at least one second potential vulnerability, the at least one operation configured for:*<br><br>**Note**: See, for example, the evidence above (where applicable) and below (emphasis added, if any):<br><br>"Top violated mobile policies<br><br>This report shows <u>which mobile DLP policies were violated most frequently</u> over the last 7 days, so you can assess the security risk to your organization. |

Claim 7 of US 10,154,055

| | |
|---|---|
| | The bar chart shows <u>how many times the policies were violated</u>.<br><br>The table shows <u>how many devices were involved in each breach</u>—that is, how many tried to synchronize email that violated those policies. It also shows whether each violation was a high, medium, or low security breach. This setting is determined by which attribute was matched."<br>http://www.websense.com/content/support/library/data/v87/help/help.pdf (emphasis added) |
| identifying at least one configuration associated with the at least one networked device, and determining that the at least one networked device is actually vulnerable to at least one actual vulnerability, based on the identified at least one configuration and the first information from the at least one first data storage identifying the plurality of potential vulnerabilities, such that second information associated with the result is stored in the at least one second data storage separate from the at least one first data storage, the second information relating to the at least one actual vulnerability to which the at least one networked device is actually vulnerable; | Forcepoint ONE (with Forcepoint Next-Gen Firewall) is configured for *identifying at least one configuration* (e.g., a Windows, Mac, Linux, and/or Android operating system, etc., or an application/version thereof, etc.) *associated with the at least one networked device* (e.g., one of the Windows or Mac endpoints, etc.)*, and determining that the at least one networked device is actually vulnerable to at least one actual vulnerability, based on the identified at least one configuration and the first information* (e.g., the larger "super-set" list of possible vulnerabilities relevant to different operating systems/applications/versions thereof, and/or any of the associated information mentioned earlier, etc.) *from the at least one first data storage* (e.g., memory other than the other-mentioned memory, where the instant memory is for storing a repository of the larger "super-set" list of possible vulnerabilities relevant to different operating systems/applications/versions thereof (and/or any of the associated information mentioned earlier, including, but not limited to, server memory, and/or a global intelligence database, etc.) *identifying the plurality of potential vulnerabilities* (e.g., possible vulnerabilities relevant to different operating systems/applications/versions thereof, etc.)*, such that second information* (e.g., a smaller "sub-set" of actual vulnerabilities relevant to a particular operating system/application/version thereof, and/or associated information including, but not limited to information describing (and/or related to) the actual vulnerabilities themselves, information describing (and/or related to) endpoints that contain the particular operating system/application/version thereof, information describing (and/or related to) policy/detection/remediation techniques for addressing the actual vulnerabilities relevant to the particular operating system/application/version thereof including signature/rule/configuration/setting/policy updates for anti-virus/intrusion-detection-system (IDS)/firewall/other engine or feature software, where such vulnerabilities each include a |

Page 6

|  | security weakness, gap, or flaw that could be exploited by an attack or, etc.) *from at least one second data storage* (e.g., other server memory, memory on the at least one device, etc. for storing a repository of a smaller "sub-set" of actual vulnerabilities (and/or any of the associated information) relevant to a particular operating system/application/version thereof, etc.) *associated with the result is stored in the at least one second data storage separate from the at least one first data storage, the second information relating to the at least one actual vulnerability to which the at least one networked device is actually vulnerable;*<br><br>**Note**: See, for example, the evidence above (where applicable) and below (emphasis added, if any):<br><br>"Common features for all three gateways include:<br><br>- Contextual access control. Access to web, cloud, or private applications is controlled based on user location, device type, device posture, user behavior, and user group.<br>- Data loss prevention (DLP). Files and text are scanned upon upload and download for sensitive data and blocked, tracked, encrypted, or redacted as appropriate.<br>- Malware scanning. Files are scanned upon upload and download for malware and blocked when detected.<br>- Unified management console for configuration, monitoring, and reporting.<br>- <u>Unified on-device agent for Windows and macOS</u>."<br>https://forcepoint.drift.click/FP1Datasheet (emphasis added)<br><br>"Forcepoint DLP Endpoint for <u>Windows</u> v21.05<br>Forcepoint DLP Endpoint for <u>Mac</u> v21.05<br>Forcepoint Web Security Endpoint for <u>Windows</u> v21.05<br>Forcepoint Web Security Endpoint for <u>Mac</u> v21.05<br>Forcepoint Endpoint Context Agent for <u>Windows</u> v21.05<br>Forcepoint CASB Endpoint for <u>Windows</u> v21.05" |

| | |
|---|---|
| | https://www.websense.com/content/support/library/endpoint/v21/ep_end_user/end%20user%20guide.pdf (emphasis added) <br><br>"Secure Web Gateway (SWG) <br><br>Monitors and controls any interaction with any website, including blocking access to websites based on category and risk score, blocking download of malware, blocking upload of sensitive data to personal file sharing accounts, and detecting and controlling shadow IT. Currently available as agent software for Windows and MacOS." <br>https://forcepoint.drift.click/FP1Datasheet (emphasis added) <br><br>"The top portion of the resulting screens lists incidents, their status, the action taken, and many more details. <br><br>The incidents list is a table displaying all data loss prevention, mobile device, or discovery incidents. By default, incidents are sorted by their incident time, but you can sort them (ascending or descending) by any of the columns in the table. For each incident, a quick preview of the data is provided. You can customize the types of details shown. (See Editing table properties, page 78.)" <br>http://www.websense.com/content/support/library/data/v87/help/help.pdf (emphasis added) |
| causes to display, via at least one user interface, a plurality of techniques including a first technique for utilizing the intrusion prevention system for occurrence mitigation, a second technique for utilizing the firewall for occurrence mitigation; | Forcepoint ONE (with Forcepoint Next-Gen Firewall) *causes to display, via at least one user interface* (e.g., a Manage Policies page accessible via a browser or other software, etc.), *a plurality of techniques including a first technique* (e.g., a first technique relevant to the system that prevents intrusions or effects thereof, etc.) *for utilizing the intrusion prevention system* (e.g., system that prevents intrusions or effects thereof, etc.) *for occurrence mitigation, a second technique* (e.g., a second technique relevant to a firewall, etc.) *for utilizing the firewall* (e.g., Forcepoint Next-Gen Firewall, etc.) *for occurrence mitigation;* |

Claim 7 of US 10,154,055

|  | **Note**: See, for example, the evidence above (where applicable) and below (emphasis added, if any):<br><br>"Common features for all three gateways include:<br><br>- Contextual access control. Access to web, cloud, or private applications is controlled based on user location, device type, device posture, user behavior, and user group.<br>- Data loss prevention (DLP). <u>Files and text are scanned upon upload and download for sensitive data and blocked, tracked, encrypted, or redacted</u> as appropriate.<br>- Malware scanning. <u>Files are scanned upon upload and download for malware and blocked when detected.</u><br>- Unified management console for configuration, monitoring, and reporting.<br>- Unified on-device agent for Windows and macOS."<br>https://forcepoint.drift.click/FP1Datasheet (emphasis added)<br><br>"DLP and malware scanning for data in motion. Scans file attachments downloaded from or uploaded to any web-based app or website for malware or sensitive data. Logs and takes the appropriate remediation action such as block (sole option for SWG), quarantine, encrypt, apply DRM, or apply watermarking and file tracking.<br><br>…<br><br>DLP and malware scanning for data at rest in the cloud. Scans structured and unstructured data in SaaS and IaaS storage for malware or sensitive data, and log and takes the appropriate protective action such as quarantine, encrypt, or remove public sharing."<br>https://forcepoint.drift.click/FP1Datasheet (emphasis added)<br><br>"Forcepoint then applies advanced techniques to <u>examine transmission contents for signs of exploits against vulnerabilities</u> in many types of systems. Unlike verbose pattern-based signature mechanisms, Forcepoint's more-sophisticated approach <u>enables such attacks to be identified</u> |

|  | with a single, concise fingerprint. Fingerprints are matched using high-speed deterministic finite automata (DFA) tailored to each protocol context, enabling new fingerprints to be incorporated with almost no impact on CPU resources."<br>http://winncom.ru/wp-content/uploads/2018/06/datasheet_forcepoint_intrusion_prevention_system_en.pdf (emphasis added)<br><br>"Sandboxing and Advanced Malware Detection<br><br>Forcepoint NGFW applies multiple scanning techniques to files found in network traffic, including: reputation vetting, built-in anti-malware scanning and Forcepoint's Advanced Malware Detection service. This powerful, cloud based system uses industry-leading sandboxing and other analytical techniques to examine the behavior of files and reliably uncover malicious code so that it can be rapidly blocked.<br><br>…<br><br>Strong Protection Against Intrusions<br><br>Forcepoint is the pioneer in defending against Advanced Evasion Techniques. Our full protocol normalization of traffic disrupts attackers' attempts to sneak in malicious code, spots anomalies and prevents attempts to exploit vulnerabilities within your network."<br>https://www.forcepoint.com/sites/default/files/resources/files/brochure_forcepoint_ngfw_en_0.pdf (emphasis added)<br><br>"Firewall and IPS Together<br><br>Not only did Forcepoint NGFW receive the top score for security in NSS Labs' 2017 NGFW test, it also has one of the top-rated intrusion prevention systems (IPS) built-in. There's no need for additional licenses or using separate tools to implement powerful anti intrusion policies." |
|---|---|

**Claim 7 of US 10,154,055**

| | |
|---|---|
| | https://www.forcepoint.com/sites/default/files/resources/files/brochure_forcepoint_ngfw_en_0.pdf (emphasis added)<br><br>"Action<br><br>Filter <u>incidents by the action (including those on endpoints) that was performed</u> on the incident. Select the check box for each action to be displayed.<br><br>Incidents with the following actions can be displayed:<br>Permitted<br><u>Blocked</u><br><u>Attachment(s) dropped</u><br><u>Quarantined</u><br>Encrypted with profile key<br>Encrypted with user password<br><u>Denied (confirmed)</u><br>Continued (confirmed)<br>In addition to the default actions, DLP actions configured in the Forcepoint Security Manager are listed (Forcepoint Email Security only)."<br>http://www.websense.com/content/support/library/data/v87/help/help.pdf (emphasis added) |
| allows receipt of:<br><br>user input causing selection of the first technique for utilizing the intrusion prevention system for occurrence mitigation, and | Forcepoint ONE (with Forcepoint Next-Gen Firewall) *allows receipt of: user input causing selection of the first technique* (e.g., the first technique relevant to the system that prevents intrusions or effects thereof, etc.) *for utilizing the intrusion prevention system* (e.g., system that prevents intrusions or effects thereof, etc.) *for occurrence mitigation;*<br><br>**Note**: See, for example, the evidence above (where applicable) and below (emphasis added, if any):<br><br>"<u>Smart Policies, 1-Click Updates</u> |

| | |
|---|---|
| | Forcepoint's Smart Policies express your business processes in familiar terms such as: users, applications, locations and more. <u>Easy grouping replaces hardcoded values, enabling policies to be dynamically reused throughout your network</u>. Administrators can <u>quickly update and publish policies to all affected firewalls</u>, globally and with a single click." <u>https://www.forcepoint.com/sites/default/files/resources/files/brochure_forcepoint_ngfw_en_0 .pdf</u> (emphasis added)<br><br>"Update rules of current policy<br><br>It is possible to <u>change multiple rules in a policy at once</u>. You can change as many rules as you want. This overrides the settings in the policy and reduces time and effort involved in updating multiple settings.<br><br>From the Main > Policy Management > DLP Policies or Discovery Policies > Manage Policies page:<br><br>1. <u>Select the policy to modify</u>.<br>2. From the toolbar at the top of the content pane, <u>select More Actions > Batch Operations > Update rules of current policy</u>.<br>3. In the Selected Rules box, <u>select the rules that you want to modify</u>.<br>4. In the Fields to Update box, <u>select the fields to update</u>…"<br><u>http://www.websense.com/content/support/library/data/v87/help/help.pdf</u> (emphasis added) |
| user input causing selection of the second technique for utilizing the firewall for occurrence mitigation; | Forcepoint ONE (with Forcepoint Next-Gen Firewall) allows receipt of *user input causing selection of the second technique* (e.g., the second technique relevant to the firewall, etc.) *for utilizing the firewall* (e.g., Forcepoint Next-Gen Firewall, etc.) *for occurrence mitigation;*<br><br>**Note**: See, for example, the evidence above (where applicable) and below (emphasis added, if any): |

Claim 7 of US 10,154,055

| | |
|---|---|
| | "Smart Policies, 1-Click Updates<br><br>Forcepoint's Smart Policies express your business processes in familiar terms such as: users, applications, locations and more. Easy grouping replaces hardcoded values, enabling policies to be dynamically reused throughout your network. Administrators can quickly update and publish policies to all affected firewalls, globally and with a single click."<br>https://www.forcepoint.com/sites/default/files/resources/files/brochure_forcepoint_ngfw_en_0.pdf (emphasis added)<br><br>"Update rules of current policy<br><br>It is possible to change multiple rules in a policy at once. You can change as many rules as you want. This overrides the settings in the policy and reduces time and effort involved in updating multiple settings.<br><br>From the Main > Policy Management > DLP Policies or Discovery Policies > Manage Policies page:<br><br>1. Select the policy to modify.<br>2. From the toolbar at the top of the content pane, select More Actions > Batch Operations > Update rules of current policy.<br>3. In the Selected Rules box, select the rules that you want to modify.<br>4. In the Fields to Update box, select the fields to update…"<br>http://www.websense.com/content/support/library/data/v87/help/help.pdf (emphasis added) |
| based on the user input causing selection of the first technique for utilizing the intrusion prevention system for occurrence mitigation, automatically applies the first | Forcepoint ONE (with Forcepoint Next-Gen Firewall), *based on the user input causing selection of the first technique* (e.g., the first technique relevant to the system that prevents intrusions or effects thereof, etc.) *for utilizing the intrusion prevention system* (e.g., system that prevents intrusions or effects thereof, etc.) *for occurrence mitigation, automatically applies the first technique for utilizing the intrusion prevention system for occurrence mitigation;* |

Claim 7 of US 10,154,055

| | |
|---|---|
| technique for utilizing the intrusion prevention system for occurrence mitigation; | **Note**: See, for example, the evidence above (where applicable) and below (emphasis added, if any):<br><br>"Stopping Zero-Days And Unwanted Content<br><br>Forcepoint's network security products also provide <u>multiple layers of defense against previously unknown attacks and undesirable content</u>. Transmitted files go through rigorous reputation and malware scanning, and <u>new threats like zero-day attacks can be uncovered with our advanced sandboxing technology</u>. Forcepoint is one of the pioneers in categorizing and filtering websites and content; with our IPS devices and firewalls, organizations can more easily comply with workplace regulations, limit exposure to personal data, and prevent users from going to websites with dangerous content in the first place."<br>http://winncom.ru/wp-content/uploads/2018/06/datasheet_forcepoint_intrusion_prevention_system_en.pdf (emphasis added)<br><br>"As the pioneer in detecting Advanced Evasion Techniques (AETs) that often precede modern attacks, Forcepoint Next-Gen Firewall disrupts attackers' <u>attempts to sneak in malicious code, spots anomalies</u>, and prevents attempts to exploit vulnerabilities within the network."<br>https://www.forcepoint.com/sites/default/files/resources/brochures/brochure_ngfw_overview_en_0.pdf (emphasis added) |
| based on the user input causing selection of the second technique for utilizing the firewall for occurrence mitigation, automatically applies the second technique for utilizing the firewall for occurrence mitigation; | Forcepoint ONE (with Forcepoint Next-Gen Firewall), *based on the user input causing selection of the second technique* (e.g., the second technique relevant to the firewall, etc.) *for utilizing the firewall* (e.g., Forcepoint Next-Gen Firewall, etc.) *for occurrence mitigation, automatically applies the second technique for utilizing the firewall for occurrence mitigation;*<br><br>**Note**: See, for example, the evidence above (where applicable) and below (emphasis added, if any): |

| | |
|---|---|
| | "Control of encrypted traffic—with privacy<br><br>With Forcepoint Next-Gen Firewall, painlessly handle the rapid shift to encrypted transmissions for both incoming and outgoing traffic. Using accelerated decryption, inspect HTTPS and other SSL/TLS-based protocols to deny or allow specific HTTP commands or URL segments inside HTTPS—even in virtualized or cloud deployments. Forcepoint Next-Gen Firewall SSH security proxy gives you advanced control for mission critical applications. In addition, Smart Policies make it easy to comply with emerging privacy laws and internal practices, preventing the exposure of personally identifiable information (PII) as users communicate with their banks, insurance companies or other sensitive sites."<br>https://www.forcepoint.com/sites/default/files/resources/brochures/brochure_ngfw_overview_en_0.pdf (emphasis added) |
| causes identification of:<br><br>in connection with the at least one networked device, a first occurrence including at least one first occurrence packet directed to the at least one networked device, and | Forcepoint ONE (with Forcepoint Next-Gen Firewall) *causes identification of: in connection with the at least one networked device* (e.g., one of the Windows or Mac endpoints, etc.)*, a first occurrence* (e.g., a first discrete incident, etc.) *including at least one first occurrence packet directed to the at least one networked device, and*<br><br>**Note**: See, for example, the evidence above (where applicable) and below (emphasis added, if any):<br><br>"Use the Main> Reporting> Mobile Devices> Report Catalog page to see a catalog of all reports—both built-in and user-defined—that are available for mobile devices:<br><br>Mobile Incidents (last 3, 7, or 30 days)<br><br>View a list of all the mobile email incidents for a certain period of time—that is, incidents discovered when users synchronize their mobile devices to their network email systems. |

| | |
|---|---|
| | See <u>detailed information on each incident</u>. Investigate the violated policies and the actions taken by Forcepoint software. Evaluate whether policy changes are needed.<br><br>Select this report when you want to manage incident workflow, remediation, and escalation." http://www.websense.com/content/support/library/data/v87/help/help.pdf (emphasis added) |
| in connection with the at least one networked device, a second occurrence including at least one second occurrence packet directed to the at least one networked device; | Forcepoint ONE (with Forcepoint Next-Gen Firewall) identifies, *in connection with the at least one networked device* (e.g., one of the Windows or Mac endpoints, etc.)*, a second occurrence* (e.g., a second discrete incident, etc.) *including at least one second occurrence packet directed to the at least one networked device;*<br><br>**Note**: See, for example, the evidence above (where applicable) and below (emphasis added, if any):<br><br>"Use the Main> Reporting> Mobile Devices> Report Catalog page to see a catalog of all reports—both built-in and user-defined—that are available for mobile devices:<br><br><u>Mobile Incidents</u> (last 3, 7, or 30 days)<br><br>View a <u>list of all the mobile email incidents for a certain period of time</u>—that is, incidents discovered when users synchronize their mobile devices to their network email systems.<br><br>See <u>detailed information on each incident</u>. Investigate the violated policies and the actions taken by Forcepoint software. Evaluate whether policy changes are needed.<br><br>Select this report when you want to manage incident workflow, remediation, and escalation." http://www.websense.com/content/support/library/data/v87/help/help.pdf (emphasis added) |
| determines: | Forcepoint ONE (with Forcepoint Next-Gen Firewall) *determines: that the first occurrence* (e.g., the first discrete incident, etc.) *including the at least one first occurrence packet directed to the at* |

| | |
|---|---|
| that the first occurrence including the at least one first occurrence packet directed to the at least one networked device is capable of taking advantage of the at least one of the actual vulnerability to which the at least one networked device is actually vulnerable; | *least one networked device* (e.g., one of the Windows or Mac endpoints, etc.) *is capable of taking advantage of the at least one of the actual vulnerability to which the at least one networked device is actually vulnerable;* <br><br> **Note**: See, for example, the evidence above (where applicable) and below (emphasis added, if any): <br><br> "Stopping Zero-Days And Unwanted Content <br><br> Forcepoint's network security products also provide <u>multiple layers of defense against previously unknown attacks and undesirable content</u>. Transmitted files go through rigorous reputation and malware scanning, and <u>new threats like zero-day attacks can be uncovered with our advanced sandboxing technology</u>. Forcepoint is one of the pioneers in categorizing and filtering websites and content; with our IPS devices and firewalls, organizations can more easily comply with workplace regulations, limit exposure to personal data, and prevent users from going to websites with dangerous content in the first place." <br> http://winncom.ru/wp-content/uploads/2018/06/datasheet_forcepoint_intrusion_prevention_system_en.pdf (emphasis added) <br><br> "As the pioneer in detecting Advanced Evasion Techniques (AETs) that often precede modern attacks, Forcepoint Next-Gen Firewall disrupts attackers' <u>attempts to sneak in malicious code, spots anomalies</u>, and <u>prevents attempts to exploit vulnerabilities within the network</u>." <br> https://www.forcepoint.com/sites/default/files/resources/brochures/brochure_ngfw_overview_en_0.pdf (emphasis added) |
| that the second occurrence including the at least one second occurrence packet directed to the at least one networked | Forcepoint ONE (with Forcepoint Next-Gen Firewall) determines *that the second occurrence* (e.g., the second discrete incident, etc.) *including the at least one second occurrence packet directed to the at least one networked device* (e.g., one of the Windows or Mac endpoints, etc.) *is not* |

Page 17

| | |
|---|---|
| device is not capable of taking advantage of the at least one of the actual vulnerability to which the at least one networked device is actually vulnerable; and | *capable of taking advantage of the at least one of the actual vulnerability to which the at least one networked device is actually vulnerable, and*<br><br>**Note**: See, for example, the evidence above (where applicable) and below (emphasis added, if any):<br><br>"The incident's severity setting is a measure of how important it is to the organization that this incident is handled. The <u>severity of an incident is automatically decided by Forcepoint DLP</u>. This calculation takes both the prescribed severity of the incident and the number of matched violations into account.<br><br>Incident severity is displayed in the incident list. There is a column for severity. In addition, <u>when you select an incident, its severity is displayed in the incident details</u>."<br><br>| Icon | Definition |
|---|---|
| H | High. This breach is significant and may have a broad impact on the organization. |
| M | Medium. This breach is moderate and should be reviewed. |
| L | Low. This breach is insignificant. |<br><br>http://www.websense.com/content/support/library/data/v87/help/help.pdf (emphasis added) |
| causes a reporting of at least the first occurrence based on the determination that the first occurrence including the at least one first occurrence packet directed to the at least one networked device is capable of taking advantage of the at least | Forcepoint ONE (with Forcepoint Next-Gen Firewall) *causes a reporting of at least the first occurrence* (e.g., the first discrete incident, etc.) *based on the determination that the first occurrence including the at least one first occurrence packet directed to the at least one networked device* (e.g., one of the Windows or Mac endpoints, etc.) *is capable of taking advantage of the at least one of the actual vulnerability to which the at least one networked device is actually vulnerable.* |

| | |
|---|---|
| one of the actual vulnerability to which the at least one networked device is actually vulnerable. | **Note**: See, for example, the evidence above (where applicable) and below (emphasis added, if any):<br><br>"<u>Control of encrypted traffic</u>—with privacy<br><br><u>With Forcepoint Next-Gen Firewall, painlessly handle the rapid shift to encrypted transmissions for both incoming and outgoing traffic</u>. Using accelerated decryption, inspect HTTPS and other SSL/TLS-based protocols to deny or allow specific HTTP commands or URL segments inside HTTPS—even in virtualized or cloud deployments. Forcepoint Next-Gen Firewall SSH security proxy gives you advanced control for mission critical applications. In addition, Smart Policies make it easy to comply with emerging privacy laws and internal practices, <u>preventing the exposure of personally identifiable information (PII) as users communicate with their banks, insurance companies or other sensitive sites</u>." https://www.forcepoint.com/sites/default/files/resources/brochures/brochure_ngfw_overview_en_0.pdf (emphasis added)<br><br>"Stopping Zero-Days And Unwanted Content<br><br>Forcepoint's network security products also provide <u>multiple layers of defense against previously unknown attacks and undesirable content</u>. Transmitted files go through rigorous reputation and malware scanning, and <u>new threats like zero-day attacks can be uncovered with our advanced sandboxing technology</u>. Forcepoint is one of the pioneers in categorizing and filtering websites and content; with our IPS devices and firewalls, organizations can more easily comply with workplace regulations, limit exposure to personal data, and prevent users from going to websites with dangerous content in the first place." http://winncom.ru/wp-content/uploads/2018/06/datasheet_forcepoint_intrusion_prevention_system_en.pdf (emphasis added) |

**Claim 7 of US 10,154,055**

|  | "As the pioneer in detecting Advanced Evasion Techniques (AETs) that often precede modern attacks, Forcepoint Next-Gen Firewall disrupts attackers' <u>attempts to sneak in malicious code, spots anomalies</u>, and prevents attempts to exploit vulnerabilities within the network." https://www.forcepoint.com/sites/default/files/resources/brochures/brochure_ngfw_overview_en_0.pdf (emphasis added) |
|---|---|